MICHAEL SINTEFF, Respondent, *v.* THE PEOPLE'S BUILDING, LOAN AND SAVING ASSOCIATION, Appellant.

*Sinteff* v. *People's B., L. & S. Assn.*, 37 App. Div. 340, affirmed.
(Submitted March 29, 1901; decided April 16, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 18, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Chester M. Elliott* for appellant.

*Frank M. Hardenbrook* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J.; GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.